UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHADWICK DENARD CHISOLM

VERSUS                                             CRIMINAL ACTION

UNITED STATES OF AMERICA                           NO. 94-19-JVP-CN

## ORDER

This matter is before the court on a motion by plaintiff, Chadwick Denard Chisolm, for relief from judgment pursuant to Fed.R.Civ.P. 60(b) (doc. 85). The government opposes the motion (doc. 86).

The court has reviewed both parties' arguments and agrees with the government that plaintiff's motion is a "disguised" successive § 2255 motion. The motion must first be certified by a panel of the court of appeals pursuant to 28 U.S.C. § 2255(h).

Accordingly, plaintiff's motion for relief from judgment pursuant to Fed.R.Civ.P. 60(b) (doc. 85) is hereby **DISMISSED** for lack of jurisdiction.

Baton Rouge, Louisiana, May 12, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA